IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE ALFONSO TELLEZ-FLORES,** | Case No. 2:25-cv-2626-DAD-JDP |
| Petitioner, | **[PROPOSED]** ORDER |
| v. | |
| **CHANCE ANDES,** | |
| Respondent. | |

   Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's Answer to the Petition for Writ of Habeas Corpus be filed on or before February 25, 2026.

IT IS SO ORDERED.

Dated:   December 22, 2025                                   /s/ Jeremy Peterson
                                                            JEREMY D. PETERSON
                                                            UNITED STATES MAGISTRATE JUDGE

1